COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE: VCC, LLC D/B/A VCC  §  No. 08-14-00154-CV
GENERAL CONTRACTING AND
CONSTRUCTION MANAGEMENT,  §  AN ORIGINAL PROCEEDING

Respondent.  §  IN MANDAMUS

§

## O R D E R

The Court GRANTS the Real Party in Interest's third motion for extension of time within which to file the response until **August 6, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTY IN INTEREST'S RESPONSE TO RELATOR'S PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alex Acosta, the Real Party in Interest's Attorney, prepare the response and forward the same to this Court on or before August 6, 2014.

IT IS SO ORDERED this 24th day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.